

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00344-CV

**IN RE** Dalila **AGIZA**

Original Proceeding[1]

PER CURIAM

Sitting:  Irene Rios, Justice
          Adrian A. Spears II, Justice
          Velia J. Meza, Justice

Delivered and Filed: June 18, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed her petition for writ of mandamus on May 30, 2025. Relator subsequently filed a motion for emergency stay on June 2, 2025. After considering the petition, motion, record, and law, the court has determined that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CV01730, styled *T Slash Bar Texas vs. Dalila AGiza*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.